IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARA SHULTZ,**

**Plaintiff,**

**v.**

**KELVIN KEITH KRIEMEYER and
J.B. HUNT TRANSPORT CO., INC.,**

**Defendants.**                                                      **No. 05-894-DRH**

## ORDER

**HERNDON, District Judge:**

Now before the Court is Defendants' motion in limine. (Doc. 15.) Defendants move to exclude evidence of the following: (1) that this Defendant, his agent, or employees are insured against liability for the incident; (2) that this Defendant made an offer of settlement to the Plaintiff, or that settlement negotiations were entered into between the Plaintiff and the Defendant; and (3) Plaintiff's medical bills related to her treatment for this injury without foundational testimony that said medical bills are reasonable or proof that they were paid in the full amount. Plaintiff has not responded to Defendants' motion in limine (Doc. 15.) Accordingly, and also because (1) and (2) are not relevant and (3) if paid do not need foundation as to reasonableness under the rules, the Court **GRANTS** Defendants' motion (Doc. 15).

**IT IS SO ORDERED.**    Signed this 15th day of February, 2007.

/s/     David RHerndon
**United States District Judge**