## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARA SHULTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.:  05-894-DRH |
| | ) | |
| KELVIN KEITH KRIEMEYER and | ) | CJRA Track B |
| J.B. HUNT TRANSPORT CO., INC., | ) | |
| | ) | |
| Defendants. | ) | |

### O R D E R

The above and foregoing Stipulation to Dismiss having been presented to the Court and the Court being fully advised in the premises,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's cause of action against the defendants, J.B. Hunt Transport, Inc. and Kelvin Keith Kriemeyer, is hereby dismissed with prejudice to plaintiff, with each party to bear its own costs.  Clerk to enter judgment accordingly.


April 25, 2007                         /s/          David   RHerndon                    DATE
                           JUDGE OF THE DISTRICT COURT