# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARA SHULTZ,**

    **Plaintiff,**

    vs.                              Cause No. 05-CV-894 DRH

**KEVLIN KEITH KRIEMEYER and**
**J.B. HUNT TRANSPORT CO., INC.,**

    **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------

                                                               **NORBERT G. JAWORSKI, CLERK**

April 29, 2007                                    By:  s/Patricia Brown
                                                                Deputy Clerk

APPROVED: /s/   David  RHerndon
                **U.S. DISTRICT JUDGE**